LINK:

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

| Case No. | CV 13-02181 BRO (JCx) | Date | June 3, 2013 |
|---|---|---|---|
| Title | Rebekah Parra v. JPMorgan Chase Bank, N.A., et al. | | |

| Present: The Honorable | BEVERLY REID O'CONNELL, United States District Judge | |
|---|---|---|
| Renee A. Fisher | Not Present | N/A |
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**     (IN CHAMBERS)

**ORDER TO SHOW CAUSE RE DISMISSAL**

Plaintiff is ORDERED to show cause why this case should not be dismissed for failure to file a timely amended complaint. On April 23, 2013, the Court issued a Minute Order granting Defendants' motion to dismiss with leave to amend. Plaintiff was given leave to file an amended complaint by no later than May 14, 2013. No amended complaint has been filed by the plaintiff. Plaintiff can satisfy this order by showing good cause for the failure to do so.

Plaintiff must respond to this order within 20 days. Failure to respond to this OSC will be deemed consent to the dismissal of the action.

**IT IS SO ORDERED.**

|   | : |
|---|---|
| Initials of Preparer | rf |